USDC HI Case No. CV 21-00208 DKW-RT

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF HAWAII**
1132 Bishop Street, Suite 250
Honolulu, Hawaii 96813

Debtor(s): Tracie Iwalani Kahikina

Chapter 7    Case No. 12-00018

Plaintiff(s): Richard A. Yanagi
("et al." if multiple)

A.P. No. 20-90028

vs. Defendant(s): Bank of America, N.A.; Laurie Rousseau-Nepton; and Matrix Financial Services Corporation
("et al." if multiple)

## NOTICE OF TRANSMITTAL TO DISTRICT COURT

The following document or matter is being transmitted to the district court for further attention:

Bankruptcy Judge's Recommendation to Withdraw Reference (Schedule Jury Trial)

Suggested Cause of Action (District CM/ECF):

28:0157d (28:0157 Motion for Withdrawal of Reference)

Suggested Nature of Suit (District CM/ECF):

423 (Bankruptcy Withdrawal)

☒ Filing fee paid or no fee due.    ☐ Filing fee not paid.

| Party | SEE ATTACHED | Role | |
|---|---|---|---|
| Party | | Role | |
| Party | | Role | |
| Party | | Role | |

☐ Additional parties    ☒ Docket sheet attached    ☐ Attorney list attached

Dated: April 27, 2021

Michael B. Dowling, Clerk